**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 23-87-DLB-CJS**

**HALEY METCALF**                                                    **PLAINTIFF**

**v.**                 **REPORT AND RECOMMENDATION**

**TRI-STATE AUTO RECOVERY, INC.**
and
**FORD MOTOR CREDIT COMPANY, LLC**                       **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter has been referred to the undersigned to supervise discovery and pretrial proceedings (*see* R. 4) and is currently before the Court on periodic review. Based on the procedural background and current status of the case, it will be recommended that Defendant Ford Motor Company, LLC ("Ford") be dismissed as a named party to this action.

Plaintiff filed her Complaint against Defendant Ford and Defendant Tri-State Auto Recovery, Inc. ("TAR") on July 17, 2023, alleging that TAR improperly repossessed Plaintiff's vehicle while acting as Ford's repossession agent. (*See* R. 1). TAR was served on August 11, 2023 (*see* R. 5) and filed its Answer on September 29, 2023 (*see* R. 7). Ford was served on August 25, 2023 (*see* R. 6) and filed its Answer on October 2, 2023 (*see* R. 10). On October 10, 2023, Plaintiff filed an Amended Complaint maintaining her claims against TAR but omitting Ford as a defendant. (*See* R. 14).

Under Federal Civil Rule 15, "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading. . . ." Fed. R. Civ. P. 15(a)(1). Plaintiff

filed her Amended Complaint within 21 days after receiving service of both TAR's and Ford's Answers and was therefore permitted to file said Amended Complaint directly, without seeking leave of court. *See id.* Notably, Plaintiff's Amended Complaint omitting Ford as a defendant supersedes her original Complaint. *See Hayward v. Cleveland Clinic Foundation*, 759 F.3d 601, 617 (6th Cir. 2014) ("Generally, amended pleadings supersede original pleadings."); *see also* 6 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1476 (3d ed. updated July 7, 2023) ("A pleading that has been amended under Rule 15(a) supersedes the pleading it modifies. . . ."). Thus, Plaintiff is no longer asserting claims against Ford and Ford should be dismissed from the action. *See, e.g.*, *MMCPM Logistics, LLC v. Clarity Retail, LLC*, No., 2023 WL 1424045, at *3 (E.D. Ky. Jan. 31, 2023) ("MMCPM Logistics did not name First Financial Bank or Ian Jordan as parties in its amended complaint. So those two defendants will be dismissed.") (internal citations omitted); *c.f. B&H Medical, LLC v. ABP Admin., Inc.*, 526 F.3d 257, 267 n.8 (6th Cir. 2008) (noting plaintiff "may not rely on" theory asserted in original complaint but omitted in amended complaint). Accordingly,

**IT IS RECOMMENDED** that Defendant Ford Motor Company, LLC, be dismissed from this case in light of the Amended Complaint filing and that the Clerk be instructed to term Ford Motor Company, LLC as a named party on the docket sheet, and term Ford's counsel on the docket sheet and remove them from the case service list.

Particularized objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service or further appeal is waived. Fed. R. Civ. P. 72(b)(2); *Thomas v. Arn*, 474 U.S. 140, 155 (1985). A general objection that does not "specify the issues of contention" is not sufficient to satisfy the requirement of a written and specific objection. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995) (citing *Howard v. Sec'y of Health &*

2

*Human Servs.*, 932 F.2d 505, 508-09 (6th Cir. 1991)). Poorly drafted objections, general objections, or objections that require a judge's interpretation should be afforded no effect and are insufficient to preserve the right to appeal. *Howard*, 932 F.2d at 509. A party may respond to another's objections within fourteen (14) days of being served with a copy thereof. Fed. R. Civ. P. 72(b)(2).

Signed this 25th day of October, 2023.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil cov\2023\23-87-DLB R&R dismissg Ford.docx

3