UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 23-87-DLB-CJS

HALEY METCALF                                                                                          PLAINTIFF

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

TRI-STATE AUTO RECOVERY, INC.                                                      DEFENDANT

* *   * *   * *   * *   * *   * *   * *

This matter is before the Court upon the October 25, 2023 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 18) wherein she recommends that Defendant Ford Motor Credit Company, LLC[1] be dismissed from the action in light of the Plaintiff's Amended Complaint omitting it as a party.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 18) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

---

[1]     In her R&R, Judge Smith refers to the Defendant as Ford Motor Company, LLC. (Doc. # 18 at 1). However, the docket reflects that the proper name for the Defendant is Ford Motor Credit Company, LLC.

(2) Defendant Ford Motor Credit Company, LLC be **dismissed** as a party in this case. The Clerk is instructed to term Ford Motor Credit Company, LLC as a named party on the docket sheet, and term Ford's counsel on the docket sheet and remove them from the case service list.

This 9th day of November, 2023.

Signed By:
*David L. Bunning*
United States District Judge